

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BTR
F.#2011R01004

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

March 5, 2014

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 07 2014 ★

LONG ISLAND OFFICE

Delivery by ECF and Hand

The Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
924 Federal Plaza
Central Islip, New York 11722-4454

      Re: United States v. Adam Valasquez, et al.
          Criminal Docket No. 11-639 (S-7) (JFB)

Dear Judge Bianco:

      The parties in the above-captioned case request the pre-trial hearing presently scheduled for Monday, March 10, 2014 be re-scheduled for April 7, 2014. That date has been reviewed with the Court's Deputy Clerk and would be available for the proposed hearing.

      At the suggestion of the defense, and with the consent of the government, the parties request the postponement. By the proposed date, April 7, 2014, the defense will have been in possession of the full discovery and 3500 material for trial for a number of weeks, the government's motion pursuant to F.R. Crim. Pro. 404(b) will have been filed, as well as any potential motions in liminie. This schedule, we believe will afford the parties the most effective use of the Court's time and permit the Court and parties to more intelligently identify and limit

any issues that need to be addressed. The defendant has previously waived speedy trial through April 21, 2014, the scheduled date for the commencement of jury selection.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: _____
Burton T. Ryan, Jr.
Assistant U. S. Attorney

cc: Edward Jenks, Esq.
    Counsel for Defendant

Request granted. The
hearing is re-scheduled for
April 7, 2014, at 10:30 a.m.

SO ORDERED

_____
Joseph F. Bianco
USDJ
Date: March 7, 2014
Central Islip, N.Y