F.#2011R01004
NYNYE562

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 17 2015 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ADAM VALASQUEZ,

        Defendant.

- - - - - - - - - - - - - - - - -X

APPLICATION

Cr. No. 11-639(JFB)

    COMES NOW the United States of America, by and through Assistant United States Attorney Burton T. Ryan, Jr., and applies for an order pursuant to the All Writs Act, 28 U.S.C. § 1651, directing the New York City Police Department and the Queens County District Attorney's Office to unseal its files concerning a matter in which the defendant ADAM VALASQUEZ was arrested as the files contain discovery concerning crimes relative to the defendant's credibility in any testimony in the above-referenced matter.

    1.    The defendant ADAM VALASQUEZ was found guilty, after a jury trial, for a Hobbs Act robbery conspiracy (Count One), a Hobbs Act robbery of a drug dealer at 152nd Street in Queens, New York (Count Three), brandishing a weapon in connection with that robbery, (Count Four), conspiracy to possess and distribute controlled substances (Count Seven) and conspiracy to launder money (Count Eight), in

2

violation of 18 U.S.C. §§ 1951, 924(c)(1), 1956(h) and 21 U.S.C. Section 846. The defendant is presently awaiting a hearing to determine whether a new trial will be ordered or sentencing on these counts will proceed.

2. The defendant has indicated he will testify in that hearing.

4. ADAM VALASQUEZ was arrested on December 22, 1994 for forgery, possession of a forged instrument, criminal possession of stolen property and larceny. The case was ultimately sealed. The arrest number is Q94051980.

5. VALASQUEZ was arrested a second time on May 12, 1995 for assaulting an individual with a cane. The case was sealed. The arrest number is Q95022689.

6. VALASQUEZ was arrested a third time on May 25, 1995 for possession of marijuana. That case was also sealed. The arrest number is Q95024818.

7. VALASQUEZ was arrested a fourth time on April 14, 1998 for possession of marijuana. That case was also sealed. The arrest number is Q98020786. Each of the above-described files contain material that may affect the defendant's credibility or provide leads to law enforcement that will permit the defendant's credibility to be tested.

3

For the foregoing reasons, the United States respectfully requests that this Court order the New York City Police Department and the Queens District Attorney's Office to unseal the above-described files and produce them to the United States. Your deponent declares under the penalty of perjury that the foregoing is true and correct to the best of her knowledge and belief.

Dated:   Central Islip
         November 10, 2015

                                    ROBERT L. CAPERS
                                    United States Attorney
                                    Eastern District of New York

                            By:     _____
                                    Burton T. Ryan, Jr.
                                    Assistant U.S. Attorney