UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA

                – against –

ADAM VALASQUEZ,

          Defendant.

----------------------------------------X

ORDER
11 CR 639 (JFB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 17 2015 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

By a sealed, *ex parte* application, dated November 10, 2015, the government seeks an order requiring the unsealing of certain arrest records of the defendant from the 1990s. That request is denied because the government has provided an insufficient basis for this Court to conclude that these arrests from over 20 years ago will contain material that could be utilized under the Federal Rules of Evidence at an evidentiary hearing on a claim by the defendant of ineffective assistance of counsel (should the defendant testify), or that would provide information to law enforcement that would lead to admissible impeachment evidence that could be utilized at the hearing. Moreover, given the Court's denial of the request, there is no reason that the motion should not be unsealed. Accordingly, the motion is unsealed and denied.

                                      SO ORDERED.

                                      JOSEPH F. BIANCO
                                      UNITED STATES DISTRICT JUDGE

Dated:      November 17, 2015
               Central Islip, New York