**CRIMINAL CAUSE FOR STATUS CONFERENCE**

**BEFORE: Judge Bianco, U.S.D.J.**

**DATE: 11/17/2015   TIME: 3:00 p.m.    TIME IN COURT:15 min.**

**DOCKET NUMBER: CR-11-639           TITLE: USA v. Adam Valasquez**

**DEFT NAME:                  DEFT: # 1**
 __PRESENT_X__NOT PRESENT       _X__IN CUSTODY    ___ON BAIL

ATTY FOR DEFT:
 _X_PRESENT          __NOT PRESENT       _RETAINED_   _x__C.J.A._
                                          _FED. DEF. OF NY, INC._

**A.U.S.A.:Burt Ryan**                       **CLERK: Michele Savona**

**COURT REPORTER:**    ___P. AUERBACH    ___E. COMBS    ___P. LOMBARDI
   ___H. RAPAPORT    ___M.STEIGER    ___D. TURSI    ___O.WICKER
   ___S. PICOZZI

**INTERPRETER:**                        (LANGUAGE -         )

 _X_   CASE CALLED.

 ___   DEFENDANT APPEARS WITH COUNSEL.

 ___   COUNSEL PRESENT WITHOUT DEFENDANT.

 ___   HEARING FOR DEFENDANT  ADJOURNED TO _____.

 ___   HEARING FOR DEFENDANT HELD.

 ___   WITNESSES SWORN_____

 ___   HEARING CONTINUED TO _____

 ___   SPEEDY TRIAL INFORMATION:
       CODE TYPE:__X-_____   START DATE: _//2014_ XSTRT
                               STOP DATE:  _//2014_ XSTOP

 ___   NEXT STATUS CONFERENCE_____

 ___   DEFENDANT CONTINUED IN CUSTODY.

**OTHER: Sealed Ex Parte conference regarding Government's November 10th application. Transcript is sealed.**