# Law Office of Gail Laser

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   NOV 16 2015   ★

LONG ISLAND OFFICE

Tel.- 917-847-1695
Email – glaser@laser-law.com

November 9, 2015

**By Mail**
Honorable Joseph F. Bianco
District Court Judge
Eastern District of New York
202 Federal Plaza
Central Islip, NY 11722-9012

    *Re: United States v. Adam Velazquez*, 11 Cr. 00639 (JFB)

Dear Judge Bianco:

    As the attorney for Mr. Velazquez, I have communicated with both Mr. Ryan and Mr. Jenks, and all have agreed on a date for the evidentiary hearing (previously offered by your Deputy Clerk) of January 19, 2016.

                            Respectfully submitted,

                                  /s/

                            Gail E. Laser

Cc:    Burt Ryan (by email)
        Edward Jenks (by email)

*[Handwritten:]* The evidentiary hearing is scheduled for January 19, 2016, at 10:00 a.m.

**SO ORDERED**

Joseph F. Bianco
USDJ
Date: Nov. 16, 2015
Central Islip, N.Y