

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BTR
F.#2010R002238

*610 Federal Plaza*
*Central Islip, New York 11722*

February 25, 2016

By ECF and EMail

Gail Laser, Esq
Law Offices of Gail Laser
Ste. 200
314 Main Street,
Park City, Utah 84060-566

Re: United States v. Adam Velazquez
11 CR 639(S-8)(JFB)

Dear Ms. Laser:

Pursuant to the Court's ruling today unredacting certain 3500 material previously submitted for in camera review, the following 3500 documents have been sent via encrypted e-mail to you at glaser@laser-law.com.

3500 ML 5 - Memorandum of Interview of Martin Lovly, 10/2/2013
3500 ML 6 - Memorandum of Interview of Martin Lovly, 10/10/2013
   Copies, unredacted in their entirety, have been provided.

3500 TG 23 - Report of investigation, dated 12/8/2010 of interview of Timothy Glass on 12/6/2010
   Page 5 of 6 has been unredacted pursuant to the Court's direction.

Respectfully submitted

ROBERT L. CAPERS
United States Attorney

By: _____
CHARLES. P. KELLY
BURTON T. RYAN, JR.
Assistant U. S. Attorneys

cc: Clerk of the Court (JFB) (w/o enclosures)