<u>CRIMINAL CAUSE FOR BENCH RULING</u>

<u>BEFORE</u>: Judge Bianco, U.S.D.J.

<u>DATE</u>: 6/23/2016    <u>TIME</u>: 2:15 p.m.    <u>TIME IN COURT</u>: 30 mins.

<u>DOCKET NUMBER</u>: CR-11-639          <u>TITLE</u>: USA v. Adam Velazquez

<u>DEFT NAME</u>: Adam Velazquez          <u>DEFT</u>: # 1
<u> X  PRESENT</u>  <u>   NOT PRESENT</u>     <u> X   IN CUSTODY</u>   <u>    ON BAIL</u>

<u>ATTY FOR DEFT</u>: Gail Laser
<u> X  PRESENT</u>       <u>    NOT PRESENT</u>      <u> X RETAINED</u>    <u>   C.J.A.</u>
                                      <u>  FED. DEF. OF NY, INC.</u>

<u>A.U.S.A.</u>: Burt Ryan and Charles Kelly   <u>CLERK</u>: ELR for MS

<u>COURT REPORTER</u>:   <u>  P. AUERBACH</u>    <u>  E. COMBS</u>    <u>  P. LOMBARDI</u>
    <u>  H. RAPAPORT</u>     <u>  M. STEIGER</u>    <u>  D. TURSI</u>     <u> X  O. WICKER</u>
    <u>  S. PICOZZI</u>

<u>INTERPRETER</u>:<u>                         (LANGUAGE -          )</u>

<u> X </u>   CASE CALLED.

<u> X </u>   DEFENDANT APPEARS WITH COUNSEL.

<u>   </u>   COUNSEL PRESENT WITHOUT DEFENDANT.

<u>   </u>   HEARING FOR DEFENDANT  ADJOURNED TO <u>          </u>.

<u> X </u>   HEARING FOR DEFENDANT HELD.

<u>   </u>   WITNESSES SWORN.

<u>   </u>   HEARING SET FOR  <u>  /  /16 AT 11:00 a.m.  </u>

<u> X </u>   BAIL APPLICATION HEARING SET FOR <u>6/27/16 at 1:30 p.m.</u>

<u> X </u>   DEFENDANT CONTINUED IN CUSTODY.

<u>OTHER</u>: <u>For the reasons stated on the record, Defendant's motion for a new trial (entry 494) is hereby granted. A written decision will be entered on the docket. The government has 70 days from today's proceedings to re-try this case. The Government is granted leave to file a motion for reconsideration after the written decision is entered.</u>