ALB:BTR
F.#2011R01004

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 26 2016 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ADAM VELAZQUEZ,

Defendant.

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 11-639(S-11)(JFB)
(T. 18, U.S.C., §§
924(c)(1)(A)(i), 924(c)(1)(A)(ii),
1951(a), 1956(h), 2 and 3551 et seq.;
T. 21, U.S.C., §§ 841(b)(1)(D)
and 846)

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

## COUNT ONE
(Hobbs Act Robbery Conspiracy)

1. In or about and between April 2008 and April 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ADAM VELAZQUEZ, together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of illegal narcotics traffickers and business owners in Kings County, Queens County, Bronx County, Nassau County and Suffolk County, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

2

## COUNT TWO
(Hobbs Act Robbery)

2. On or about January 19, 2009, within the Eastern District of New York, the defendant ADAM VELAZQUEZ, together with others, did knowingly and intentionally obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of John Doe # 1, a marijuana dealer in Queens County, New York, an individual whose identity is known to the Grand Jury.

(Title 18, United States Code, Sections 1951(a), 2 and 3551 et seq.)

## COUNT THREE
(Brandishing of a Firearm During Crime of Violence)

3. On or about January 19, 2009, within the Eastern District of New York, the defendant ADAM VELAZQUEZ, together with others, did knowingly and intentionally use and carry a firearm, to wit: a handgun, during and in relation to a crime of violence, to wit: the crime charged in Count Two, and did knowingly and intentionally possess said firearm in furtherance of such crime of violence, which firearm was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 2 and 3551 et seq.)

## COUNT FOUR
(Conspiracy to Distribute Controlled Substances)

4. In or about and between April 2008 and April 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the

3

defendant ADAM VELAZQUEZ, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing marijuana, a Schedule I controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(D); Title 18, United States Code, Sections 3551 et seq.)

## COUNT FIVE
(Conspiracy to Launder Money)

5.   In or about and between April 2008 and April 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ADAM VELAZQUEZ, together with others, did knowingly and intentionally conspire to conduct financial transactions in and affecting interstate commerce, to wit: the use of money obtained from the sale of controlled substances and robbery proceeds, which transactions in fact involved the proceeds of specified unlawful activity, to wit: narcotics trafficking, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and obstruction of commerce by robbery, in violation of Title 18, United States Code, Section 1951(a), knowing that the property involved in the transactions represented the proceeds of

4

some form of unlawful activity, with intent to promote the carrying on of the specified unlawful activity, contrary to Title 18, United States Code, Section 1956(a)(1)(A)(i).

(Title 18, United States Code, Sections 1956(h) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
ROBERT L. CAPERS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

FORM DBD-34
JUN. 85

No. 11-639(S-11)(JFB)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK
## CRIMINAL DIVISION

UNITED STATES OF AMERICA

vs.

ADAM VALASQUEZ,

Defendants.

# INDICTMENT

T. 18, U.S.C., §§ 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 11951(a), 1956(h), 2 and 3551 et seq.;
T. 21, U.S.C., §§ 841(b)(1)(D) and 846

*A true bill.*

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

BURTON T. RYAN, JR., ASSISTANT U.S. ATTORNEY
U.S. ATTORNEY'S OFFICE - EDNY
610 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722
(631) 715-7853