**MANDATE**

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of November, two thousand and sixteen.

_____

United States of America,

       Appellant,

v.

**ORDER**
Docket No. 16-2568

Adam Valasquez,

       Defendant - Appellee.

_____

The Government moves to withdraw its appeal pursuant to FRAP 42(b). Defendant-Appellee does not oppose the motion.

IT IS HEREBY ORDERED that the motion is GRANTED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/02/2016